# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**JAY JONES**
ADC #157758                                                              **PLAINTIFF**

v.                          No: 1:18-cv-51 DPM

CLINTON BAKER, Lieutenant, Grimes Unit;
ROGER FAUST, Corporal, Grimes Unit;
DANIEL GOLDEN, Hearing Officer, Grimes
Unit; HARRIS, Lieutenant, Grimes Unit; and
JOSHUA MULLINS, DHO, Grimes Unit                                         **DEFENDANTS**

## ORDER

1. The Court withdraws the reference.

2. Jones hasn't paid the filing and administrative fees or filed a complete application to proceed *in forma pauperis*; and the time to do so has passed. № 3. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 September 2018