# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JAY JONES
ADC #157758                                                              PLAINTIFF

v.                              No. 1:18-cv-51-DPM

CLINTON BAKER, Lieutenant, Grimes Unit;
ROGER FAUST, Corporal, Grimes Unit;
DANIEL GOLDEN, Hearing Officer, Grimes
Unit; HARRIS, Lieutenant, Grimes Unit; and
JOSHUA MULLINS, DHO, Grimes Unit                                         DEFENDANTS

## JUDGMENT

Jones's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

7 September 2018